UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM YUAN, an individual; HUI MIN "WILMINGTON" YUAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDIA G3, INC., a Delaware corporation; VAL R. WESTERGARD, an individual,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00356-CWD<br><br>**ORDER** |

　　Having reviewed the parties' Stipulation to Extend Plaintiffs' Response Deadline to Defendants' Motions to Dismiss, (Dkt. 24), and good cause appearing, IT IS HEREBY ORDERED that the stipulation is APPROVED and Plaintiffs shall file their responses to Defendants' motions to dismiss on or before December 1, 2011.



DATED: November 18, 2011

_____
Honorable Candy W. Dale
Chief United States Magistrate Judge

ORDER - 1